UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60805-CIV-COHN/SELTZER

LOUIS VUITTON MALLETIER, S.A.,

    Plaintiff,

v.

JIAN WANG, DA WEI, and DOES 1-10,

    Defendants.

_____/

## ORDER GRANTING APPLICATION FOR ALTERNATE SERVICE

**THIS CAUSE** is before the Court on Plaintiff's *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE 7] ("Application"). The Court has carefully considered the Application and is otherwise advised in the premises.

Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff") has shown good cause why leave should be granted allowing service of the Summonses and Complaint upon Defendants Jian Wang and Da Wei ("Defendants") via electronic mail ("e-mail") and publication. Accordingly, having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed the evidence submitted along with Plaintiff's *Ex Parte* Application for Alternate Service, it is

**ORDERED AND ADJUDGED** that Plaintiff's *Ex Parte* Application for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) [DE 7] is **GRANTED**:

1. Plaintiff shall serve the Summons, Complaint, and all filings in this matter, upon Defendant Jian Wang at the e-mail addresses louisvuittonoutlet.cc@gmail.com, chicken23@163.com, diandian101@gmail.com, ihbc163@hotmail.com, merryt400@gmail.com, and xiaozxin@hotmail.com; and upon Defendant Da Wei at the e-mail addresses louisvuittonoutlet.cc@gmail.com and wellwade03@gmail.com.

2. Plaintiff, in addition to serving copies of the complaint and summons via e-mail, shall effectuate service of process on Defendants via publication on Plaintiff's Internet website appearing at the URL http://servingnotice.com/wang/index.html.

3. Plaintiff shall serve a copy of the Order Granting *Ex Parte* Application for Entry of a Temporary Restraining Order and Setting Hearing on Motion for Preliminary Injunction [DE 12] no later than today.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 22nd day of April, 2011.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to counsel of record.